Below is a Judgment of the Court. If the judgment is for money, the applicable judgment interest rate is: As noted in the Judgement below.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Tracy Alan Wilson,<br><br>                Debtor. | Case No. 16-32626-tmb13 |
| Nadine Froesch,<br><br>                Plaintiff,<br><br>   vs.<br><br>Tracy Alan Wilson,<br><br>               Defendant. | Adv. Pro. No. 17-03003<br><br>STIPULATED JUDGMENT OF NONDISCHARGEABILITY; MONEY AWARD |

      Based upon the Settlement Agreement between the parties and the stipulation below,

      IT IS ORDERED AND ADJUDGED that Plaintiff Nadine Froesch recover from Defendant Tracy Alan Wilson the amount of One Hundred Seventy Six Thousand Dollars ($176,000.00) plus post judgment interest, which shall begin accruing 24

Page 1 of 3 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY; MONEY AWARD

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-03003-tmb    Doc 3    Filed 01/09/17

months after dismissal or discharge of the above-captioned bankruptcy case, at the rate of 15% per annum; and

IT IS FURTHER ORDERED AND ADJUDGED that this Judgment is not dischargeable in this bankruptcy case and shall not be dischargeable in any future bankruptcy case, irrespective of Chapter, that may be filed by Defendant Tracy Alan Wilson. This judgment shall be enforceable and shall survive any conversion of this case to another Chapter under the Bankruptcy Code and/or any dismissal of the above-captioned bankruptcy case.

Enforcement of this Judgment is subject to the terms of the Settlement Agreement entered into between the Parties.

###

Page 2 of 3 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY; MONEY AWARD

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-03003-tmb    Doc 3    Filed 01/09/17

**PRESENTED BY:**

/s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 S.W. Washington, Suite 520
Portland, Oregon 97204
Telephone: (503) 241-4869
Fax: (503) 241-3731

    Of Attorneys for Plaintiff

**SO STIPULATED:**

/s/ Christopher N. Coyle
Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP

    Of Attorneys for Plaintiff


/s/ Milly Whatley
Milly Whatley, OSB #981143

    Of Attorneys for Defendant


/s/ Tracy Alan Wilson
Tracy Alan Wilson

    Defendant

**First Class Mail:**

None.

**Electronic Mail:**

The foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system.

Page 3 of 3 - STIPULATED JUDGMENT OF NONDISCHARGEABILITY; MONEY AWARD

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690--(503) 241-4869

Case 17-03003-tmb    Doc 3    Filed 01/09/17